\

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADNAN AJAJ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SIERRA CONSERVATION CENTER, and FRANK A. CHAVEZ, Warden,<br><br>　　　　Respondents. | Case No. CV 11-5782-GHK (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 4/3/14

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE